IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:14-cr-205 |
| | ) | 2:16-cr-63 |
| PRICE MONTGOMERY, et al, | ) | 2:16-cr-223 |
| | ) | Judge Mark R. Hornak |
| Defendants. | ) | |

Conference Type:   Evidentiary Hearing
Date:   June 20, 2017
Before Judge:   Mark R. Hornak

| | |
|---|---|
| AUSA | Troy Rivetti; Heidi Grogan |
| Counsel for Defendant Montgomery | Douglas Sughrue; Jay McCamic |
| Counsel for Defendant Perrin | Michael DeRiso |
| Counsel for Defendant Cook | Ronald Hayward |
| Court Reporter | Deborah Rowe |
| Law Clerk/Deputy Clerk | JCL/GMT/BDB |
| Start time | 1:31 PM |
| End time | 4:25 PM |

DEFENDANTS MONTGOMERY AND PERRIN PRESENT

**SUMMARY OF PROCEEDINGS:**

The continuation of the Evidentiary Hearing held as to all matters related to the Motion(s) to Suppress Wiretap Evidence was held on this date.

Attorney Thomas Farrell present on behalf of Kathleen Kane.

An appropriate Order will enter.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:14-cr-205 |
| | ) | |
| PRICE MONTGOMERY, et al, | ) | Judge Mark R. Hornak |
| | ) | |
| Defendants. | ) | |

**WITNESSES:**

1) Ellen Granahan
2) Kathleen Kane
3) Jamie Ball

**ADMITTED EXHIBITS:**

Defendant's Exhibit A: Mr. Rivetti's e-mail to defense counsel in regards to phone conversation with Kathleen Kane.